Entered on Docket
May 13, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 13, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 08-47290 EDJ |
| UMOZ OGBONNAYA UMOZURIKE and ULOMA MUKO UMOZURIKE, | Chapter 13 |
| Debtors. | ORDER VALUING LIEN OF INDYMAC FEDERAL BANK, FSB AS SUCCESSOR IN INTEREST TO NL, INC. |
| _____/ | |

    On April 13, 2011, Umoz and Uloma Umozurike (hereinafter Debtors) served a motion to value the lien of IndyMac Federal Bank, FSB as successor in interest to NL, Inc. (hereinafter Lienholder) against the property commonly known as 5559 Sunview Ct., Antioch, CA 94531, which lien was recorded in Contra Costa County on or about August 16, 2006 as document 0259355-00 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows.

    (1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

    (2) This order shall become part of Debtors' confirmed chapter 13 plan.

    (3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

    (4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

    (5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

```
 1                          COURT SERVICE LIST

 2    Law Offices of Patrick L. Forte
      One Kaiser Plaza, Suite 480
 3    Oakland, CA 94612

 4
      Umoz & Uloma Umozurike
 5    5559 Sunview Ct.
      Antioch, CA 94531
 6
      Attn: Officer
 7    OneWest Bank, FSB
      888 E Walnut St.
 8    Pasadena, CA 91101

 9    Attn: Officer
      Bank of America, National Association
10    101 S. Tryon
      Charlotte, NC 28202
11
      Attn: Officer
12    Bank of America, National Association
      C/o CT Corporation System
13    818 West Seventh St.
      Los Angeles, CA 90017
14
      Attn: Officer
15    IndyMac Federal Bank, FSB
      C/o McCarthy Holthus, LLP
16    1770 Fourth Avenue
      San Diego, CA 92101
17
      Attn: Officer
18    Countrywide Home Loans, Inc.
      30930 Russell Ranch Rd
19    CA6-916-02-01
      Westlake Village, CA 91362
20
      Attn: Officer
21    Countrywide Home Loans, Inc.
      C/o CT Corporation System
22    818 West Seventh St.
      Los Angeles, CA 90017
23
      Attn: Officer or Managing Agent
24    BAC Home Loans Servicing, LP
      4500 Park Granada
25    Calabasas, CA 91302

26
```

| | |
|---|---|
| 1 | |
| 2 | Attn: Officer or Managing Agent<br>BAC Home Loans Servicing, LP<br>C/o CT Corporation System |
| 3 | 818 West Seventh St.<br>Los Angeles, CA 90017 |
| 4 | |
| 5 | Attn: Ramesh Singh<br>GE Money Bank<br>C/o Recovery Management Systems Corp. |
| 6 | 25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| 7 | |
| 8 | Attn: Officer or Managing Agent<br>JPMorgan Chase<br>7255 Baymeadows Way Mail Stop JAXB2007 |
| 9 | Jacksonville, FL 32256 |
| 10 | Attn: Officer or Managing Agent<br>HSBC Bank Nevada, NA |
| 11 | C/o Bass & Associates, PC<br>3936 E. Ft. Lowell Road, Suite #200 |
| 12 | Tucson, AZ 85712 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |